OWEN BROTHERS PACKING COM-
PANY, Inc., Appellant,

v.

Sam William FORTENBERRY, Appellee.

No. 23721.

United States Court of Appeals
Fifth Circuit.

April 21, 1967.

Thomas Y. Minniece, Meridian, Miss., for appellant.

E. Donald Strange, Asst. U. S. Atty., Jackson, Miss., Alan S. Rosenthal, Robert C. McDiarmid, Attys., Dept. of Justice, Washington, D. C., for appellee.

Before RIVES, COLEMAN and GOD-BOLD, Circuit Judges.

PER CURIAM:

This appeal is from a judgment for $520.00 and interest as damages for the denial of appellee's re-employment rights under section 9 of the Universal Military Training and Service Act, 50 U.S.C.App. § 459. The facts of the case and the reasoning of the district court are set forth in an able opinion [1] with which we agree. The judgment is affirmed.

1. Reported in D.C., 267 F.Supp. 605.

UNITED STATES of America ex rel.
James I. SMITH, Appellant,

v.

Edward J. HENDRICK.

No. 16460.

United States Court of Appeals
Third Circuit.

Argued June 8, 1967.

Decided June 20, 1967.

H. Robert Fiebach, Philadelphia, Pa., for appellant.

Charles A. Haddad, Asst. Dist. Atty., Philadelphia, Pa. (Alan J. Davis, Asst. Dist. Atty., Chief, Appeals Division, Richard A. Sprague, First Asst. Dist. Atty., Arlen Specter, Dist. Atty., Philadelphia, Pa., on the brief), for appellee.

Before STALEY, Chief Judge, KAL-ODNER, Circuit Judge, and SHERI-DAN, District Judge.

OPINION OF THE COURT

PER CURIAM:

On review of the record we find no error. The Order of the District Court will be affirmed.